JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN LEE, | Case No. CV 18-09647 DOC (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE A. LIZARRAGA, Warden, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: April 25, 2019

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE